SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

SEP 12 2012

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION
SEPTEMBER 2012 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| | ) | Criminal No. 3:12 CR00026 |
| v. | ) | |
| | ) | In violation of: 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 841(a)(1) |
| DWAIN EDWARD WILLIAMS | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | 21 U.S.C. § 841(c)(1) |
| | ) | 21 U.S.C. § 858 |

### COUNT ONE

The Grand Jury charges that:

1. On or about and between February 19, 2011 and July 26, 2012, in the Western Judicial District of Virginia and elsewhere, the defendant, DWAIN EDWARD WILLIAMS, knowingly conspired with persons known and unknown to the Grand Jury, to manufacture, to possess with intent to distribute, and to distribute over fifty (50) grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

1

## COUNT TWO

The Grand Jury charges that:

1. On or about and between February 19, 2011 and July 26, 2012, in the Western Judicial District of Virginia, the defendant, DWAIN EDWARD WILLIAMS, knowingly and intentionally manufactured over fifty (50) grams of methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).


## COUNT THREE

The Grand Jury charges that:

1. On or about and between February 19, 2011 and July 26, 2012, in the Western Judicial District of Virginia, the defendant, DWAIN EDWARD WILLIAMS, knowingly and intentionally possessed pseudoephedrine, a listed chemical as defined in Title 21, United States Code, Section 802, with intent to manufacture methamphetamine, a Schedule II controlled substance, in a manner other than authorized by Title 21, United States Code, Sections 801 through 904.

2. All in violation of Title 21, United States Code, Section 841(c)(1).


## COUNT FOUR

The Grand Jury charges that:

1. On or about and between February 19, 2011 and July 26, 2012, in the Western Judicial District of Virginia, the defendant, DWAIN EDWARD WILLIAMS, while

2

manufacturing and attempting to manufacture methamphetamine, a Schedule II controlled substance, created a substantial risk of harm to human life.

2.  All in violation of Title 21, United States Code, Section 858.

A TRUE BILL this  12  day of September, 2012.

*[signature]*
FOREPERSON

*[signature]* by/ *[initials]*
TIMOTHY J. HEAPHY
UNITED STATES ATTORNEY